■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN M. DALY, Appellant. [821 NYS2d 545]—Appeal by the defen-

dant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hinrichs, J.), imposed November 29, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Ritter, Luciano and Covello, JJ., concur.